**Order entered August 25, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00446-CV

### SHAMIM A. CHOWDHURY, Appellant

### V.

### CITIBANK, N.A., Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-06996-E**

## ORDER

The reporter's record is overdue. The docketing sheet reflects that appellant did not request preparation of the reporter's record and the court reporter has confirmed that she has not received any request. Accordingly, we **ORDER** the appeal be submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

The clerk's record has been filed. Accordingly, we **ORDER** appellant to file his brief on the merits by **September 24, 2020**.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE